**FILED**

11/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0323

_____

IN THE MATTER OF:

J.E.S. and K.N.S.,                                                         O R D E R

      Youths in Need of Care.

_____

Counsel for Appellant Father has filed an Unopposed Motion to Supplement the Record and Stay Briefing Schedule in this matter. Counsel provides a list of exhibits that the District Court did not include with the record sent to the Clerk of the Supreme Court, and asks this Court to order the Clerk of the Glacier County District Court file the exhibits with the Supreme Court Clerk's office by December 7, 2020. Counsel also requests that he be given 30 days from date of filing of the exhibits to file his opening brief.

Counsel states in his motion that Appellant Father's District Court attorney has provided him with a copy of the exhibits he is requesting. Moreover, counsel has already been given one extension to file his opening brief, currently due November 30, 2020. This Court routinely grants only one extension of time in Youth in Need of Care matters.

IT IS ORDERED that on or before November 27, 2020, the Clerk of the Glacier County District Court shall file with the Clerk of the Supreme Court the following documents:

| | |
|---|---|
| 4-16-20 | Motion to Take Judicial Notice with Exhibits |
| 4-16-20 | Exhibit A Police Report |
| 4-16-20 | Exhibit B Cascade County Adult Detention Facility Remand Report |
| 4-16-20 | Exhibit C Deferred Prosecution Agreement |
| 4-16-20 | Exhibit D Motion to Dismiss Without Prejudice |
| 4-16-20 | Exhibit E Order Dismissing Without Prejudice |

IT IS FURTHER ORDERED that Father's opening brief is due on or before December 14, 2020. No further extensions will be granted.

The Clerk is directed to provide a copy of this Order to the Clerk of the Glacier County District Court, and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2020